

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00556-CR

Jesse **CUELLAR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR7135
Honorable Melisa C. Skinner, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the motion to withdraw is GRANTED and the trial court's judgment is AFFIRMED.

SIGNED September 11, 2013.

_____
Marialyn Barnard, Justice